UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| REBEKA RODRIGUEZ,<br><br>                          Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, A DELAWARE CORPORATION D/B/A WWW.FORD.COM, and DOES 1 through 10, inclusive,<br><br>                          Defendants. | Case No.: 23-cv-00598-W-JLB<br><br>**ORDER TERMINATING MOTION TO DISMISS [DOC. 5]** |
|---|---|

//
/
/
/
//

   On April 3, 2023, Defendants removed this case from California state court to federal court. (*See Notice of Removal* [Doc. 1].)  On April 11, 2023, Defendants moved to dismiss the case under Federal Rule of Civil Procedure 12(b)(6).  (*See Mot. to Dismiss* [Doc. 4].)  Five days later and in compliance with Federal Rule of Civil Procedure

15(a)(1)(B), Plaintiff filed an amended complaint.  (*See First Amended Class Action Complaint* [Doc. 6].)  Defendant's Motion to Dismiss is therefore moot and the Court accordingly **TERMINATES** the motion [Doc. 5] and **VACATES** the hearing date on the motion set for May 15, 2023.

    **IT IS SO ORDERED.**

Dated:  April 17, 2023

                                                 Hon. Thomas J. Whelan
                                                 United States District Judge