Jeffrey R. Witham (State Bar No. 116392)
jeffrey.witham@dinsmore.com
Gina Kripotos (State Bar No. 325505)
gina.kripotos@dinsmore.com
Dillon D. Chen (State Bar No. 311190)
Dillon.chen@dinsmore.com
**DINSMORE & SHOHL LLP**
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile: (619) 400-0501

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, A DELAWARE CORPORATION D/B/A WWW.FORD.COM,<br> and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.:  23-cv-598-LAB-JLB<br><br>**NOTICE OF MOTION OF DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P.12(b)(6)**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Request for Judicial Notice and [Proposed] Order]<br><br>Date:   **July 24, 2023**<br>Time:   **11:30 a.m.**<br>Crtrm:  14A<br>Judge:   Honorable Larry Alan Burns |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** on July 24, 2023, or as soon thereafter as the matter may be heard in Courtroom of the above entitled Court, located at 221 West Broadway, 3rd Floor, San Diego, California 92101, Defendant Ford Motor Company, through its counsel, will and hereby does respectfully move this Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing Plaintiff's First Amended Complaint in its entirety for failure to state a claim upon which relief can be granted.

This Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, Request for Judicial Notice, the pleadings and papers on file in this action, and such other matters as the Court may take judicial notice or consider relevant.

DATED: May 22, 2023

**DINSMORE & SHOHL LLP**

By: /s/ *Gina Kripotos*
    Gina Kripotos

Attorneys for Defendant
FORD MOTOR COMPANY, a
Delaware corporation dba
WWW.FORD.COM

# CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this 22nd day of May, 2023, a true copy of this document was served by electronic mail upon all registered CM/ECF users, and by United States Postal Service upon all non-registered CM/ECF users in this case as indicated below:

>Scott J. Ferrell
>Victoria C. Knowles
>Pacific Trial Attorneys
>4100 Newport Place Drive, Suite 800
>Newport Beach, CA 92660
>sferrell@pacifictrialattorneys.com
>vknowles@pacifictrialattorneys.com
>P: 949 706-6464
>F: 949 706-6469
>
>**ATTORNEY FOR PLAINTIFF**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

>*/s/ Gina Kripotos*
>Gina Kripotos

NOTICE OF MOTION IN SUPPORT OF DEFENDANT FORD MOTOR COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P.12(b)(6)