Todd M. Friedman (SBN 216752)
tfriedman@toddflaw.com
Adrian R. Bacon (SBN 280332)
abacon@toddflaw.com
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd., Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, A DELAWARE CORPORATION D/B/A WWW.FORD.COM, and DOES 1 through 10, Inclusive,<br><br>    Defendant. | Case No.: 3:23-cv-00598-RBM-JLB<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant FORD MOTOR COMPANY, by and through their undersigned counsel, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the putative class.  Each party shall bear its own costs and attorneys' fees.

Respectfully submitted this 9th Day of July, 2025,

        Law Offices of Todd M. Friedman, P.C.

        By: /s/ Adrian R. Bacon
        Adrian R. Bacon
        Attorney for Plaintiff

        Evans Fears Schuttert McNulty Mickus

        By: /s/ Elizabeth V. McNulty
        Elizabeth V. McNulty
        Attorney for Defendant
        Ford Motor Company

## Signature Certification

Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: July 9, 2025

        LAW OFFICES OF TODD M. FRIEDMAN, P.C.

        By:  /s/ Adrian R. Bacon
                Adrian R. Bacon, Esq.

## CERTIFICATE OF SERVICE

Filed electronically on this 9th Day of July, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge of the Court
United States District Court

All Counsel of Record as Recorded On The Electronic Service List.

This 9th Day of July, 2025.

By: /s/ Adrian R. Bacon
Adrian R. Bacon
Attorney for Plaintiff