# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBEKA RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation dba www.ford.com, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-00598-RBM-JLB<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE TO THE PUTATIVE CLASS**<br><br>**[Doc. 49]** |

On July 9, 2025, Plaintiff Rebeka Rodriguez ("Plaintiff") and Defendant Ford Motor Company ("Defendant") (collectively, the "Parties") filed a Joint Stipulation of Dismissal of Action With Prejudice as to Plaintiff and Without Prejudice to the Putative Class ("Joint Motion"). (Doc. 49.) In their Joint Motion, the Parties stipulate that "the above-captioned action is hereby dismissed with prejudice as to Plaintiff and without prejudice as to the putative class." (*Id.* at 1.) The Parties also stipulate that "[e]ach party shall bear its own costs and attorneys' fees." (*Id.*)

Accordingly, the Parties' Joint Motion is **GRANTED**. The above-captioned action is **DISMISSED WITH PREJUDICE** as to Plaintiff and **DISMISSED WITHOUT**

1  **PREJUDICE** as to the putative class pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees.
3      **IT IS SO ORDERED**.
4  DATE:  August 4, 2025

*Ruth Bermudez Montenegro*
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE